UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD)

This Document also relates to:

Amelia J. Ceballos v. Bayer Corporation et al., Case No. 02-149

---

Order

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend the Complaint is GRANTED, and the First Amended Complaint is ordered accepted and filed into the record of the above-captioned matter.

Date: 10-16-02

Michael J. Davis
Michael J. Davis
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK