**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MDJ/JGL) |
| This Document Relates to: AMELIA J. CEBALLOS, individually and as personal representative of the Estate of Palmira I. Rodriquez, Plaintiff, v. BAYER, A.G., BAYER CORPORATION a wholly owned subsidiary of BAYER, A.G., SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and GLAXOSMITHKLINE, PLC, Defendants. | CASE NO. 02-0149 |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorneys' fees.

MAR 16

Michael J. Davis
United States District Judge

MAR